IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------X
UNITED STATES OF AMERICA,
Plaintiff,

                                                      CRIMINAL NO. 25-424 (MAJ)

       -against-

[1] ALVIN LARA-MARTINEZ,
[2] ALDER LARA-MARTINEZ,

Defendant.
------------------------------------------------------------------------X

## THE GOVERNMENT'S INFORMATIVE
## MOTION REGARDING POTENTIAL CONFLICTS

TO THE HONORABLE COURT:

      COMES NOW the United States of America, by and through the undersigned attorneys, and respectfully provides the Court with information regarding potential conflicts:

      1.    The government understands that the following attorneys have a potential conflict of interest with the representation of any defendant in <u>United States v. Alvin Lara-Martinez et al.</u>, Criminal Case No. 25-424 (MAJ):

            a.   Office of the Federal Public Defender

**WHEREFORE**, the government respectfully request the Court take notice of the information contained herein.

Respectfully submitted.

In San Juan, Puerto Rico, this 25th of November 2025.

                                                       W. STEPHEN MULDROW
                                                     United States Attorney

                                                   Ryan R. McCabe – G03505
                                                   Assistant United States Attorney
                                                   Torre Chardon, Suite 1201
                                                   350 Carlos Chardon Street
                                                   San Juan, PR 00918
                                                   ryan.mccabe@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this November 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Ryan R. McCabe
Ryan R. McCabe – G03505
Assistant United States Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
ryan.mccabe@usdoj.gov